UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JASMINE WRIGHT,

        Plaintiff

    v.                      C-1-12-631

CITY OF CINCINNATI,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 4) to which neither party has objected. The Report and Recommendation was mailed to plaintiff on January 23, 2013 by certified mail. On February 19, 2013, it was returned to the Clerk of Courts marked "Return to Sender/Unclaimed/Unable to Forward."

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 4) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Plaintiff's Complaint (doc. no. 1) is DISMISSED WITH PREJUDICE for lack of prosecution.

The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of this Order would not be taken in good faith and therefore deny plaintiff leave to appeal *in forma pauperis.* Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                    s/Herman J. Weber
                                            Herman J. Weber, Senior Judge
                                            United States District Court